BRIAN J. STRETCH (CABN 163973)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

ANN MARIE REDING (CABN 226864)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6813
    FAX: (415) 436-6748
    Annie.Reding@usdoj.gov

Attorneys for the Federal Defendant
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMEKA WILLIAMS, RONNIE GEE, CHRISTY GEE, and JOHNNY TERRELL, HEIRS TO JERAINE FULLER, DECEASED; | Case No. 16-cv-02256 |
| Plaintiffs, | **NOTICE OF REMOVAL** |
| v. | |
| INSTITUTE ON AGING; HOMEBRIDGE, INC.; SAN FRANCISCO MEDICAL CENTER OUTPATIENT IMPROVEMENT PROGRAMS, INC.; SOUTH OF MARKET HEALTH CENTER WESTBROOK, LLC; and DOES 1-100, INCLUSIVE, | |
| Defendants. | |

    TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

    PLEASE TAKE NOTICE that the United States of America hereby removes to the United States District Court for the Northern District of California the state action filed in the Superior Court of the State of California for the County of San Francisco, under Case No. CGC 15-549462, as more fully described below, pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), 1446(d), and 2679(d)(2).

    1.    On or about September 30, 2015 plaintiffs Tameka Williams, Ronnie Gee, Christy Gee,

and Johnny Terrell, filed Complaint for Negligence, Willful Misconduct, Intentional Infliction of Emotional Distress, Elder Abuse, Personal Injury, and Wrongful Death" ("Complaint") against Institute on Aging, Homebridge, Inc., San Francisco Medical Center Outpatient Improvement Programs, Inc., and South of Market Health Center Westbrook, LLC (collectively with San Francisco Medical Center Outpatient Improvement Programs, Inc. "SMHC") in the Superior Court of the State of California for the County of San Francisco; it was assigned Case No. CGC 15-549462 (the "state court action").  A copy of the Complaint is attached hereto as **Exhibit 1**.

2.     In the Complaint, plaintiffs allege that on or about from September 29, 2014 to January 16, 2016, defendants failed to properly diagnose and treat Jeraine Fuller's medical condition and as a result, she died on January 16, 2016.

3.     On April 21, 2016, the United States Attorney's Office received notification from the United States Department of Health and Human Services regarding this pending action.  The summons and complaint filed in the Superior Court of the State of California for the County of San Francisco have not been served on the either the United States Attorney for the Northern District of California or the Attorney General of the United States at Washington, D.C., which must be served pursuant to Rule 4(1)(1)(A)(i)(ii) of the Federal Rules of Civil Procedure.

4.     This action must be removed to federal district court pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1442(a)(1) and the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(g)-(n) because this tort action is brought against SMHC, which is a federally supported health center.[1]  SMHC was deemed eligible for FTCA malpractice coverage and its employees were covered under the FTCA on January 1, 2013, January 1, 2014, January 1, 2015, and January 1, 2016.

5.     As a FTCA action, this action is one arising under the constitution and laws of the United States, and it is therefore an action over which the district courts of the United States have original jurisdiction.  *See* 28 U.S.C. § 1331.  It is removable to this court pursuant to 28 U.S.C. §§ 1441(a) and 1442(a)(1) because plaintiff seeks monetary damages from the Unites States of America.

---

[1] The proper name of the relevant Federally Supported Health Center is San Francisco Medical Center Outpatient Improvement Programs, Inc., d/b/a South of Market Health Center.

NOTICE OF REMOVAL
CASE NO. 16-CV-02256

6.     Pursuant to Civil L.R. 3-2(c) and Civil L.R. 3-2(d), assignment to either the San Francisco Division or the Oakland Division of the United States District Court for the Northern District of California is proper, since the action was filed in Alameda County.

7.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the Superior Court of the State of California for the County of San Francisco, and promptly served on plaintiffs.

DATED:  April 26, 2016                              Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

    /s/ *Ann Marie Reding*
ANN MARIE REDING
Assistant United States Attorney

NOTICE OF REMOVAL
CASE NO. 16-CV-02256