1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   SARA WINSLOW (DCBN 457643)
3  Chief, Civil Division

4  ANN MARIE REDING (CABN 226864)
   Assistant United States Attorney
5          450 Golden Gate Avenue, Box 36055
           San Francisco, California 94102-3495
6          Telephone: (415) 436-6813
           FAX: (415) 436-6748
7          Annie.Reding@usdoj.gov

8  Attorneys for the Federal Defendant
   UNITED STATES OF AMERICA
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12
   TAMEKA WILLIAMS, RONNIE GEE,            )   Case NO.: 16-CV-02256-KAW
13 CHRISTY GEE, and JOHNNY TERRELL,        )
   HEIRS TO JERAINE FULLER, DECEASED;      )
14                                          )   **AS MODIFIED**
           Plaintiffs,                      )   **STIPULATION AND [~~PROPOSED~~] ORDER RE**
15                                          )   **DISMISSAL WITHOUT PREJUDICE OF SAN**
       v.                                   )   **FRANCISCO MEDICAL CENTER**
16                                          )   **OUTPATIENT IMPROVEMENT PROGRAMS,**
   INSTITUTE ON AGING; HOMEBRIDGE,         )   **INC. AND SOUTH OF MARKET HEALTH**
17 INC.; SAN FRANCISCO MEDICAL CENTER )      **CENTER WESTBROOK, LLC**
   OUTPATIENT IMPROVEMENT                  )
18 PROGRAMS, INC.; SOUTH OF MARKET        )
   HEALTH CENTER WESTBROOK, LLC; and )
19 DOES 1-100, INCLUSIVE,                  )
                                            )
20       Defendants.                        )

21

22

23

24

25

26

27

28
   STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL
   CASE NO. 16-CV-02256-KAW

1

2      Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Tameka Williams, Ronnie Gee,

3   Christy Gee, and Johnny Terrell, heirs to Jeraine Fuller ("Plaintiffs") and Defendant United States of

4   America hereby stipulate and agree to dismiss without prejudice the following parties from the above-

5   captioned action:  (1) San Francisco Medical Center Outpatient Improvement Programs, Inc.; and (2)

6   South of Market Health Center Westbrook, LLC.

7        SO STIPULATED AND AGREED.

8   DATED: April 28, 2016            By:  ___/s/ Brian G. Lance_____
                                     BRIAN G. LANCE
9                                    Attorneys for Plaintiffs

10  DATED: April 28, 2016            BRIAN J. STRETCH
                                     United States Attorney
11

12                                   By:  ___/s/ Ann Marie Reding_____
                                     ANN MARIE REDING[1]
13                                   Assistant United States Attorney
                                     Attorneys for Federal Defendant
14

15      Pursuant to the stipulation of the parties, (1) San Francisco Medical Center Outpatient

16  Improvement Programs, Inc.; and (2) South of Market Health Center Westbrook, LLC are dismissed

17  from the above-captioned action without prejudice.  ~~This action is hereby remanded to San Francisco~~

18  ~~Superior Court.~~

19      **IT IS SO ORDERED.**

20  DATED:  ___5/2/16_____        _____
                                     HONORABLE KANDIS A. WESTMORE
21                                   UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27
    ───────────────────────
        [1] I, Ann Marie Reding, hereby attest, in accordance with the Civil L.R. 5(i)(3), the concurrence
28  in the filing of this document has been obtained from the other signatory listed here.

    STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL
    CASE NO. 16-CV-02256-KAW