ROBERT CARTWRIGHT, JR. (SBN: 104284)
BRIAN G. LANCE (SBN: 300227)
THE CARTWRIGHT LAW FIRM, INC.
222 FRONT STREET, FIFTH FLOOR
SAN FRANCISCO, CA 94111
PHONE:       (415) 433-0444
FACSIMILE:   (415) 433-0449
EMAIL:       brian@cartwrightlaw.com

ATTORNEYS FOR Plaintiff TAMEKA WILLIAMS, RONNIE GEE, CHRISTY GEE, AND JOHNNY TERRELL, HEIRS OF JERAINE FULLER, DECEASED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMEKA WILLIAMS, RONNIE GEE, CHRISTY GEE, AND JOHNNY TERRELL<br><br>Plaintiff(s)<br><br>v.<br><br>INSTITUTE ON AGING; HOMEBRIDGE, INC.; SAN FRANCISCO MEDICAL CENTER OUTPATIENT IMPROVEMENT PROGRAMS, INC.; SOUTH OF MARKET HEALTH CENTER WESTBROOK, LLC; and DOES ONE through ONE HUNDRED, inclusive;<br><br>Defendant(s) | Case No. 16-CV-02256-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMAND ENTIRE ACTION BACK TO SAN FRANCISCO SUPERIOR COURT** |

Plaintiffs Tameka Williams, Ronnie Gee, Christy Gee, and Johnny Terrell, heirs to Jeraine Fuller ("Plaintiffs"), Defendant Institute On Aging, and Defendant Homebridge, Inc. hereby stipulate and agree to remand this action to San Francisco Superior Court. San Francisco Medical Center Outpatient Improvement Programs, Inc. and South of Market Health Center Westbrook, LLC are no longer parties in this action. Copies of signature pages for this stipulation will have the same force and effect as the original.

SO STIPULATED AND AGREED.

DATED: May 20, 2016

By: _____
BRIAN G. LANCE
Attorneys for Plaintiffs

DATED: May 20, 2016

By: _____
GOLDIE A. DAVIDOFF
Attorneys for Defendant Institute on Aging

DATED: May 22, 2016

By: _____
E. FORREST SHRYOCK
Attorneys for Defendant Homebridge, Inc.

This action is hereby remanded to San Francisco Superior Court. PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/7/16

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE